J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

*E-FILING*

*Filed ADR MAR 2 0 2008*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Todd Bennett, an individual and d/b/a Tonic Enterprises and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. C08 01545 HRL<br><br>NOTICE OF INTERESTED PARTIES<br><br>CIVIL LOCAL RULE 3-16(c)(1) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 16, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated