**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br><br>  v.<br><br>Todd Bennett, an individual and dba Tonic Enterprises,<br><br>    Defendant.<br>_____/ | No. C08-01545<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 8, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: March 24, 2008

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

| | |
|---|---|
| 1 | |
| 2 | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO: |
| 3 | |
| 4 | J. Andrew Coombs    andy@coombspc.com, jeremy@coombspc.com |
| 5 | Annie S Wang    annie@coombspc.com, andy@coombspc.com |

**United States District Court**
For the Northern District of California