1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:    (818) 500-3200
5   Facsimile:    (818) 500-3201

6   Attorneys for Plaintiff
    Adobe Systems Incorporated
7

8   Todd Bennett
    3138 West Dunbar Drive
    Phoenix, Arizona 85041
9

10  Defendant, *in pro se*

11                  UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

13  Adobe Systems Incorporated,            )
                                           )   Case No. C08-1545 MMC
14                      Plaintiff,         )
                                           )   STIPULATION TO EXTEND TIME TO
15              v.                         )   RESPOND TO COMPLAINT
                                           )   PURSUANT TO LOCAL RULE 6-1
16  Todd Bennett, an individual and d/b/a Tonic )
    Enterprises, and Does 1 – 10, inclusive, )
17                                         )
                        Defendants.        )
    _____)

18      PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its

19  counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., and Defendant Todd

20  Bennett, an individual and d/b/a Tonic Enterprises ("Defendant"), *in pro se*, hereby stipulate and

21  agree as follows:

22      WHEREAS the Complaint was filed in the above-captioned matter on or about March 20,

23  2008;

24

25      WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or

26  about April 5, 2008;

27

28

    Adobe v. Bennett, et al.: Stip. to extend time 6-1        - 1 -

WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about April 25, 2008;

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until May 25, 2008, to respond to the Complaint.

DATED: April ___, 2008

J. Andrew Coombs, A Professional Corp.

_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: April 2-1, 2008

Todd Bennett, an individual and d/b/a Tonic Enterprises

_____
Todd Bennett, an individual and
d/b/a Tonic Enterprises
Defendant, *in pro se*

Adobe v. Bennett, et al.: Stip. to extend time 6-1                - 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On April 23, 2008, I served on the interested parties in this action with the:

- STIPULATION TO EXTEND TI ME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

<u>Adobe Systems Incorporated v. Todd Bennett, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Todd Bennett
3138 West Dunbar Drive
Phoenix, Arizona 85041

Place of Mailing: Glendale, California.
Executed on April 23, 2008, at Glendale, California.

Katrina Bartolome