UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,

          Plaintiff(s),

v.

Todd Bennett, an individual and d/b/a
Tonic Enterprises, et al.

          Defendant(s).

Case No. C08-01545 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/22/08

                                                [Party]

Dated: 4/24/08

                                                [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On April 24, 2008, I served on the interested parties in this action with the:

- ADR CERTIFICATION BY PARTIES AND COUNSEL

for the following civil action:

<u>Adobe Systems Incorporated v. Todd Bennett, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Todd Bennett<br>3138 West Dunbar Drive<br>Phoenix, Arizona 85041 | *With Courtesy Copy to:*<br>Mr. Brian Foster<br>Snell & Wilmer<br>1 Arizona Center<br>Phoenix, AZ 85004 |

Place of Mailing: Glendale, California.
Executed on April 24, 2008, at Glendale, California.

_____
Jeremy Cordero