1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  Todd Bennett
   3138 West Dunbar Drive
   Phoenix, Arizona 85041
9

10 Defendant, *in pro se*

                    UNITED STATES DISTRICT COURT
11
             NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)
12

13 Adobe Systems Incorporated,              )  Case No. C08-1545 MMC
                                            )
14                     Plaintiff,           )  STIPULATION TO EXTEND TIME TO
        v.                                  )  RESPOND TO COMPLAINT AND
15                                          )  REQUEST TO CONTINUE CASE
   Todd Bennett, an individual and d/b/a Tonic )  MANAGEMENT CONFERENCE
16 Enterprises, and Does 1 – 10, inclusive, )
                                            )
17                     Defendants.          )

18

19      PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its

20 counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., and Defendant Todd

21 Bennett, an individual and d/b/a Tonic Enterprises ("Defendant"), *in pro se*, hereby stipulate and

22

23 agree as follows:

24      WHEREAS the Complaint was filed in the above-captioned matter on or about March 20,

25 2008;

26      WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or

27 about April 5, 2008;

28

WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about April 25, 2008;

WHEREAS Adobe and Defendant filed a stipulation to extend time to respond to the complaint on or about April 23, 2008, which extended Defendant's time to respond to occur on or about May 25, 2008;

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on July 11, 2008, at 10:30 a.m.;

WHEREAS there have been no prior continuances requested by the Parties; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until June 24, 2008, to respond to the Complaint and request that the Case Management Conference in the above captioned matter be continued until August 15, 2008, or a date thereafter acceptable to the Court.

DATED: 6/11, 2008

J. Andrew Coombs, A Professional Corp.

_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: 6/7/08, 2008

Todd Bennett, an individual and d/b/a Tonic Enterprises

_____
Todd Bennett, an individual and d/b/a Tonic Enterprises
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On June 11, 2008, I served on the interested parties in this action with the:

- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Adobe Systems Incorporated v. Todd Bennett, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Todd Bennett<br>3138 West Dunbar Drive<br>Phoenix, Arizona 85041 | *With Courtesy Copy to:*<br>Mr. Brian Foster<br>Snell & Wilmer<br>1 Arizona Center<br>Phoenix, AZ 85004 |
|---|---|

Place of Mailing: Glendale, California.
Executed on June 11, 2008, at Glendale, California.

_____
Katrina Bartolome

```
 1  J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
 2  Annie S. Wang (SBN 243027)
    annie@coombspc.com
 3  J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
 4  Glendale, California 91206
    Telephone:   (818) 500-3200
 5  Facsimile:   (818) 500-3201

 6  Attorneys for Plaintiff
    Adobe Systems Incorporated
 7
    Todd Bennett
 8  3138 West Dunbar Drive
    Phoenix, Arizona 85041
 9
    Defendant, in pro se
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-1545 MMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| Todd Bennett, an individual and d/b/a Tonic Enterprises, and Does 1 – 10, inclusive, | ) | |
| Defendants. | ) | |

On or about April 3, 2008, the Court set a Case Management Conference on July 11, 2008, at 10:30 a.m.

Plaintiff thereafter filed its Joint Stipulation to Extend Time to Respond to Complaint and Request to Continue the Case Management Conference to allow sufficient time to engage in settlement negotiations.

/ / /

/ / /

Adobe v. Bennett:  Proposed Order                      - 1 -

In light of the stipulation, the Defendant shall now have until June 24, 2008, to respond to the Complaint and the Case Management Conference currently on calendar for July 11, 2008, at 10:30 a.m., is continued until _____, at _____.

IT IS SO ORDERED:

Dated: _____

_____
Hon. Maxine M. Chesney
United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Todd Bennett, an individual and d/b/a Tonic Enterprises

By: _____
    Todd Bennett, an individual and d/b/a
    Tonic Enterprises
Defendant, *in pro se*

**PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

      On June 11, 2008, I served on the interested parties in this action with the:

- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

      Adobe Systems Incorporated v. Todd Bennett, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Todd Bennett<br>3138 West Dunbar Drive<br>Phoenix, Arizona 85041 | *With Courtesy Copy to:*<br>Mr. Brian Foster<br>Snell & Wilmer<br>1 Arizona Center<br>Phoenix, AZ 85004 |
|---|---|

Place of Mailing: Glendale, California.
Executed on June 11, 2008, at Glendale, California.

_____
Katrina Bartolome