J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Todd Bennett
3138 West Dunbar Drive
Phoenix, Arizona 85041

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>v.<br><br>Todd Bennett, an individual and d/b/a Tonic Enterprises, and Does 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No. C08-1545 MMC<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

　　　　On or about April 3, 2008, the Court set a Case Management Conference on July 11, 2008, at 10:30 a.m.

　　　　Plaintiff thereafter filed its Joint Stipulation to Extend Time to Respond to Complaint and Request to Continue the Case Management Conference to allow sufficient time to engage in settlement negotiations.

/ / /

/ / /

Adobe v. Bennett: Proposed Order　　　　- 1 -

In light of the stipulation, the Defendant shall now have until June 24, 2008, to respond to the Complaint and the Case Management Conference currently on calendar for July 11, 2008, at 10:30 a.m., is continued until __August 29, 2008__, at 10:30 a.m. The parties shall file a Joint Case Management Conference Statement no later than August 22, 2008.

IT IS SO ORDERED:

Dated: June 12, 2008

*(signature)*
Hon. Maxine M. Chesney
United States District Judge, Northern District of California

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: *(signature)*
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Todd Bennett, an individual and d/b/a Tonic Enterprises

By: *(signature)*
Todd Bennett, an individual and d/b/a
Tonic Enterprises
Defendant, *in pro se*