```
 1  J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
 2  Annie S. Wang (SBN 243027)
    annie@coombspc.com
 3  J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
 4  Glendale, California 91206
    Telephone:    (818) 500-3200
 5  Facsimile:    (818) 500-3201

 6  Attorneys for Plaintiff
    Adobe Systems Incorporated
 7
    Todd Bennett
 8  3138 West Dunbar Drive
    Phoenix, Arizona 85041
 9
    Defendant, in pro se
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>        Plaintiff,<br>v.<br><br>Todd Bennett, an individual and d/b/a Tonic Enterprises, and Does 1 – 10, inclusive,<br><br>        Defendants. | Case No. C08-1545 MMC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., and Defendant Todd Bennett, an individual and d/b/a Tonic Enterprises ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about March 20, 2008;

WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or about April 5, 2008;

Adobe v. Bennett, et al.: Stip. to extend time          - 1 -

WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about April 25, 2008;

WHEREAS Adobe and Defendant filed a stipulation to extend time to respond to the complaint on or about April 23, 2008, which extended Defendant's time to respond to occur on or about May 25, 2008;

WHEREAS Adobe and Defendant filed a second stipulation to extend time to respond to the complaint on or about June 11, 2008, which extended Defendant's time to respond to occur on or about June 24, 2008;

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have
2  through and until July 24, 2008, to respond to the Complaint.
3
4  DATED: 7/2, 2008          J. Andrew Coombs, A Professional Corp.
5
6                            _____
7                            J. Andrew Coombs
                             Annie Wang
                             Attorneys for Plaintiff Adobe Systems Incorporated
8
9  DATED: 6/25, 2008         Todd Bennett, an individual and d/b/a Tonic
                             Enterprises
10
11
12                            _____
                             Todd Bennett, an individual and
                             d/b/a Tonic Enterprises
13                           Defendant, *in pro se*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Adobe v. Bennett, et al.: Stip. to extend time        - 3 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On July 2, 2008, I served on the interested parties in this action with the:

- STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

<u>Adobe Systems Incorporated v. Todd Bennett, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Todd Bennett<br>3138 West Dunbar Drive<br>Phoenix, Arizona 85041 | *With Courtesy Copy to:*<br>Mr. Brian Foster<br>Snell & Wilmer<br>1 Arizona Center<br>Phoenix, AZ 85004 |
|---|---|

Place of Mailing: Glendale, California.
Executed on July 2, 2008, at Glendale, California.

*Nicole L. Drey*
Nicole L. Drey