J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Todd Bennett, an individual and
d/b/a Tonic Enterprises
tbennett13@cox.net
3138 West Dunbar Drive
Phoenix, Arizona 85041
Telephone:    (602) 790-9916

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C08-1545 MMC |
| Plaintiff, | JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |
| v. | |
| Todd Bennett, an individual and d/b/a Tonic Enterprises, and Does 1-10, inclusive, | |
| Defendants. | |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and

Defendant Todd Bennett, an individual and d/b/a Tonic Enterprises ("Defendant"), hereby supply

this notice that they have reached an agreement on the principal terms necessary to settle Adobe's

claims. The Parties are in the process of documenting the terms upon which they have agreed and

will file appropriate closing documents, including a proposed judgment of infringement and

injunction by September 15, 2008.

Adobe v. Bennett, et al.: Joint Notice of Settlement and [Proposed]
Order Vacating Court Dates

1         Accordingly, Adobe and Defendant request that all court dates, including the Case

2   Management Conference set for August 29, 2008, be vacated.

3

4   Dated: August 14, 2008          J. Andrew Coombs, A Professional Corp.

5                                  By: _Nicole L Drey_____

6                                     J. Andrew Coombs
                                      Nicole L. Drey

7                               Attorneys for Plaintiff Adobe Systems Incorporated

8   Dated: August 14, 2008          Todd Bennett, an individual and d/b/a Tonic
                                      Enterprises

9

10                                   By: _____
                                      Todd Bennett, an individual and d/b/a Tonic

11                                        Enterprises
                            Defendant, *in pro se*

12

13

14                               **[PROPOSED] ORDER**

15  PURSUANT TO REQUEST, IT IS ORDERED.

16  DATED: August     , 2008

17

18                              _____
                            Hon. Maxine M. Chesney

19                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On August 14, 2008, I served on the interested parties in this action with the:

- JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES

for the following civil action:

<u>Adobe Systems Incorporated v. Todd Bennett, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Todd Bennett<br>3138 West Dunbar Drive<br>Phoenix, Arizona 85041 | |
|---|---|

Place of Mailing: Glendale, California.
Executed on August 14, 2008, at Glendale, California.

_Nicole L. Drey_
Nicole L. Drey