```
 1   J. Andrew Coombs (SBN 123881)
     andy@coombspc.com
 2   Nicole L. Drey (SBN 250235)
     nicole@coombspc.com
 3   J. Andrew Coombs, A Prof. Corp.
     517 East Wilson Avenue, Suite 202
 4   Glendale, California 91206
     Telephone: (818) 500-3200
 5   Facsimile:  (818) 500-3201

 6   Attorneys for Plaintiff Adobe
     Systems Incorporated
 7
     Todd Bennett, an individual and
 8   d/b/a Tonic Enterprises
     tbennett13@cox.net
 9   3138 West Dunbar Drive
     Phoenix, Arizona 85041
10   Telephone:    (602) 790-9916

11   Defendant, in pro se
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated,                     | ) | Case No. C08-1545 MMC |
|---                                              |---|---|
|                         Plaintiff,              | ) | JOINT NOTICE OF SETTLEMENT |
|                    v.                           | ) | AND [PROPOSED] ORDER |
|                                                 | ) | VACATING COURT DATES |
| Todd Bennett, an individual and d/b/a Tonic     | ) | CONTINUING CASE MANAGEMENT |
| Enterprises, and Does 1-10, inclusive,          | ) | CONFERENCE |
|                         Defendants.             | ) | |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and Defendant Todd Bennett, an individual and d/b/a Tonic Enterprises ("Defendant"), hereby supply this notice that they have reached an agreement on the principal terms necessary to settle Adobe's claims. The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed judgment of infringement and injunction by September 15, 2008.

Adobe v. Bennett, et al.: Joint Notice of Settlement and [Proposed]
Order Vacating Court Dates

Accordingly, Adobe and Defendant request that all court dates, including the Case Management Conference set for August 29, 2008, be vacated.

Dated: August 14, 2008

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: August 14, 2008

Todd Bennett, an individual and d/b/a Tonic Enterprises

By: /s/
Todd Bennett, an individual and d/b/a Tonic Enterprises
Defendant, *in pro se*

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED, with the exception that the August 29, 2008 Case Management Conference is continued to October 3, 2008.
DATED: August 18, 2008

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

Adobe v. Bennett, et al.: Joint Notice of Settlement and [Proposed]      - 2 -
Order Vacating Court Dates